To whom it may concern,

I am writing this letter in hopes to give more insight into my brother, Dylan James, and some of the challenges he has faced throughout his life.

Throughout our childhood, I do not recall a time when my brother didn't struggle. He was never like other kids his age. Dylan isn't, and never has been, dumb, but he didn't seem to understand things that he should have. Socially, and behaviorally, he was always behind other children his own age. He always had behavioral issues growing up. I remember trying to understand why he was always defiant. It didn't seem to come from a place of malice or apathy, but rather from a place of misunderstanding on his part, and maybe on the parts of those around him, too. It truly seemed like he didn't understand what he was supposed to be doing, how he should behave, and what behaviors were appropriate at any given time.

This was more than just a lack of social graces & norms, more than a social awkwardness, but a true inability to grasp the world around him when it came to social and behavioral expectations. My brother has always been very smart, so this was something that I never understood about him, and still don't, but it is who he is.

Dylan was always very immature for his age. He never really had friends growing up, and began to isolate himself from others at a young age. Video games became his escape from reality. They were all he had, outside of our family.

Even when he started high school, and had been going to the same school since he was in 1st grade or so, he still had no friends. He had never made any in 8+ years. I remember when he started high school I was starting my senior year. I was excited for my brother to be back in school with me again. He wasn't as thrilled about it, and was trying to avoid me. I followed him to breakfast one morning, but he didn't know I was there. I watched my baby brother get his tray, and with his head down, quietly and invisibly, go sit at the table with the special education students. He kept his head down and began to eat silently. Never speaking to anyone or looking up. I knew he was only sitting there so that he wasn't alone. I remember getting my tray and going over to him. He was shocked to see me and was very clearly embarrassed. I had him come sit with me and my friends.

Until that day I'd never realized truly how alone my brother was in his life. How distant he was from his peers. I knew he never had friends over, but assumed he at least had people he talked to at school, but no, he didn't. We actually ended up having an elective together that year - multimedia. I remember that even in that class he didn't talk to anyone but me. And when it came to the class work, it seemed nearly impossible for him to complete it. Let me reiterate again— Dylan is not stupid. His brain just doesn't work like other peoples do. He wasn't good at school not because he wasn't intelligent, but because school didn't know how to pull his intellect out of him. He has just always been different in ways that I can't explain and don't even really understand myself.

In his freshman year of high school, my mom chose to pull him from school and homeschool him. I just so happened to be an office assistant as one of my electives that year, and coincidentally, ended up being the one to do his exit paperwork. Part of that, was to go to every class he was in and get his grades. My brother was failing every single class but one, remedial math, where I believe he had a D.

Throughout all the struggles my brother went through in his childhood, there was one thing he always was — kind. He was always sensitive— to animals, people, bugs, even. He was the kind of person who instead of killing a spider would move it outside. He loved our pets and took great care of them. He spoke to them with gentleness and kindness, always, even when he thought no one was listening. He always did these silly little voices for them, too, and would talk for them. He wanted to give a voice to the voiceless. Sometimes, I wonder if he felt like he was voiceless, too.

Let me be clear that the recollections I've stated in this letter are not to say that Dylan's alleged crimes are excusable because he was lonely. I only state these things to, perhaps, grant more insight into who he is as a person, into who he has always been — someone very socially and behaviorally abnormal, who may not fully understand the world around him the same way most do.

My brother is not absolved of guilt in this situation, regardless of the extenuating circumstances. I do not view his alleged crimes lightly. I have two children of my own. I absolutely agree that he should face some form of punishment for his actions. However, I ask that you at least consider that this situation isn't black and white, that where there are humans there is nuance, where there are people with underlying conditions, disorders, and histories, there is gray area. My brother does not deserve to spend more time in prison for his alleged crimes than some murderers do. He deserves to be punished, but fairly, justly, and with all the relevant facts considered.

Thank you for your time,

Alexus James