Honorable Judge
U.S. District Court, Eastern District of Missouri

Your Honor,

My name is Barbara, and I live in Festus, Missouri, where I work as a health care assistant. I have known Dylan his whole life, not just as my nephew, but as someone very close to my heart.

Dylan is a kind and thoughtful young man. He has always had a soft spot for others—whether it's showing patience with his niece and nephew, being protective of his siblings, or caring for a stray animal that needed help. He has faced challenges when it comes to social situations, but that has never stopped him from being compassionate and giving whenever he can.

As his aunt, I have seen the goodness in Dylan, and I believe strongly in his ability to do better with the right guidance and support. Our family is standing with him, and I will continue to be there for him—encouraging him, helping him keep a stable home, and supporting him as he works toward finding employment. I truly believe Dylan has a good heart, and with the right structure around him, he can build a brighter future.

Respectfully,
Barbara James