Your Honor,

My name is Christina Kennedy.  I live in De Soto, Missouri.  I am a wedding photographer and small business owner.  I am Dylan's mother.  Dylan is a kind, hard working, and generous and selfless person.  He is a loving uncle to his niece and nephew and a gentle and empathetic guiding support for his younger sister.

Dylan has struggled with severe social and emotional delays since he was a toddler.  He was first evaluated and treated when he was 5 years old and entered public school.  He received special education services throughout his time in public school.  He also struggles with severe anxiety and depression.  Despite seeking treatment and evaluations throughout his entire childhood, he did not receive an accurate diagnosis until 2025.  His teachers, the special education department, and his counselors all felt there was a missing diagnosis as he showed all the symptoms of an autism spectrum disorder.  However it took until 2025 for him to be able to be evaluated by a doctor who specializes in autism spectrum disorders for him to finally get the diagnosis.

Dylan was different than other kids, and was bullied for this relentlessly.  He was not only bullied by students but also by teachers in classes he attended out of his special education classroom.  His grandmother (my mother) treated him as an outcast and was cruel to him until I no longer allowed him to have unsupervised visits with her. She hit him and locked him out of the car by himself in a public parking lot when he was 9 years old.   She was no longer allowed to see him after that.

Dylan was born to me as a single teenage mother, with an absentee father.  We lived in poverty for many years.   The world has not been kind to him.  Despite all of that,  Dylan showed kindness to so many people.  He had a single pregnant coworker who he drove to work, to the grocery store and even to doctors appointments.  He ordered food to be delivered to a family in our town that was struggling financially with his own money numerous times.  Every time I have ever been sick, injured, or recovering from a surgery,  Dylan took care of me, his little sister, and our pets.  I could go on for hours listing all of the things he has done for others.  He is one of the kindest souls I have ever known.

I will provide ongoing support to Dylan in the future by providing housing or helping him obtain housing.  I will create a job within my business for him should that be necessary or wanted. I will provide emotional support and guidance.  In order to be successful, I believe that Dylan needs mental health care and therapies targeted for individuals with autism spectrum disorders.  Had we had an accurate diagnosis earlier, we would have pursued those services.

I believe that with proper treatment and therapy, Dylan can understand the world around him better and be a more active participant in it.  I hope that his future includes people who will be kind to him. I hope that he gets to pursue a career he loves, and build a life that he loves.

Respectfully yours,

Christina Kennedy