Honorable Judge

U.S. District Court, Eastern District of Missouri

Your Honor,

My name is Tyler Kissee, and I live in Herculaneum, Missouri. I run my own outdoor services business, and I've always tried to stay active in my community.

Dylan is my first cousin, and I've known him my entire life—all 23 years of it. Growing up, we were more like brothers than cousins. We spent countless days together as kids, and even though life and work keep us busy now, I still feel that same bond with him.

Dylan has always had a big heart. If someone in the family needed help, he was there—whether it was helping our grandparents with things around the house, dog sitting for a relative, or lending a hand to his sisters. He never had to be asked twice; helping people just comes naturally to him.

I know he's had struggles at times, especially with social situations, but those challenges have never stopped him from being kind, caring, and dependable. Family has always been important to him, and he has always shown that through his actions.

Our family loves Dylan deeply and stands beside him. We will continue to support him in every way we can so he has the tools and encouragement he needs to build a good, stable future.

Sincerely,

Tyler Kissee